# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RODNEY J. PICKENS** | : | **DOCKET NO. 04-2152** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | : | **MAGISTRATE JUDGE WILSON** |

## REPORT AND RECOMMENDATION

Before the court is the Commissioner's Motion to Remand this matter for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). [doc. # 28].[1] The government has conceded error, and plaintiff does not oppose the reversal and remand. However, plaintiff contends that the matter should be remanded with specific instructions requiring the Commissioner to: 1) order a psychological examination; 2) make a separate determination as to whether he can maintain employment for a significant period of time; and 3) reassess plaintiff's residual functional capacity. However, these issues can be raised by plaintiff upon remand.

Accordingly, IT IS RECOMMENDED that the Commissioner's Motion to Reverse and Remand [doc. # 28] be GRANTED.

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have ten (10) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS**

---

[1] The matter has been referred to the undersigned magistrate judge for a report and recommendation pursuant to 28 U.S.C. §636(b)(1)(B).

**AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 8th day of May, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE