RECEIVED
IN LAKE CHARLES, LA

JUN 15 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RODNEY J. PICKENS** | : | **DOCKET NO. 04-2152** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the Commissioner's Motion to Reverse and Remand [doc. # 28] be, and it hereby GRANTED.

IT IS FURTHER ORDERED that pursuant to the fourth sentence of 42 U.S.C. §405(g) this matter be, and it is hereby reversed and remanded to the Commissioner of Social Security for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15th day of June, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE